**FILED**

01/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0539



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 20-0539

| | | |
|---|---|---|
| ESTATE OF WILLIAM H. BALTRUSCH, | ) | |
| | ) | Cause No.: DV-19-160 |
| Plaintiff/Appellee, | ) | DV-19-172 |
| | ) | |
| vs. | ) | |
| | ) | |
| LASALLE RANCH, INC., | ) | |
| | ) | |
| Respondent/Appellant. | ) | |

| | | |
|---|---|---|
| LASALLE RANCH, INC., | ) | |
| | ) | **FILED** |
| Petitioner/Appellant, | ) | |
| | ) | JAN 1 5 2021 |
| vs. | ) | |
| | ) | Bowen Greenwood |
| HILL COUNTY JUSTICE COURT, | ) | Clerk of Supreme Court |
| AUDREY BARGER, PRESIDING JUDGE, | ) | State of Montana |
| | ) | |
| Respondent/Appellee | ) | |

ORDER EXTENDING MEDIATION DEADLINE
AND ORDER EXTENDING DEADLINE FOR OPENING BRIEF

UPON review of the foregoing Motion and for good cause appearing therefrom;

IT IS HEREBY ORDERED:

1. That the parties shall have up to and including February 19, 2021 within which to complete mediation.

2. That the Appellant shall have thirty (30) days from the date the District Court

transcript is received by this Court to file the Appellant's Opening Brief.

DATED 15th day of January, 2021

_____
SUPREME COURT OF MONTANA

cc:     Nathan J. Hoines – Counsel for Respondent/Appellant
        Jennifer Forsyth/Kaden Keto – Counsel for Plaintiff/Appellee
        Audrey Barger, Justice of the Peace